
IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 21-0454

STATE OF MONTANA,

      Plaintiff and Appellee,

  v.

NEIL LYNN NUNES,

      Defendant and Appellant.

## GRANT OF EXTENSION

Upon consideration of Appellee's motion for a 30-day extension of time, and good cause appearing therefor, Appellee is granted an extension of time to and including January 2, 2024, within which to prepare, serve, and file the State's response brief.

CL

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
November 28 2023